**Order entered January 22, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01374-CR

### GAYLON DAVIS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F12-33585-K**

## ORDER

The Court **REINSTATES** the appeal.

On December 30, 2014, we ordered the trial court to make findings regarding whether the trial court's judgment accurately reflects the date on which sentence was imposed in open court and whether appellant was entitled to appointment of counsel. We **ADOPT** the trial court's findings that: (1) sentence was pronounced in open court on August 22, 2014, but appellant was not present; (2) sentence was pronounced in appellant's presence on September 30, 2014; (3) appellant is indigent; (4) Kathleen Walsh of the Dallas County Public Defender's Office has been appointed to represent appellant; (5) Ms. Walsh requested preparation of the record on January 12, 2015; (6) Charon Evans is the court reporter who recorded the proceedings; (7) Ms.

Evans indicated she can file the reporter's record by February 5, 2015; and (8) the court recommended that Ms. Evans be given until February 11, 2015 to file the reporter's record.

We **DIRECT** the Clerk to list Kathleen Walsh as appellant's appointed attorney of record.

We **ORDER** the trial court to prepare and file, within **TWENTY-ONE DAYS** of the date of this order, a judgment that shows the September 30, 2014 date on which sentence was pronounced in open court in appellant's presence.

We **ORDER** court reporter Charon Evans to file the reporter's record, including all exhibits admitted into evidence, within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Dominique Collins, Presiding Judge, Criminal District Court No. 4; Charon Evans, official court reporter, Criminal District Court No. 4; Felicia Pitre, Dallas County District Clerk; Kathleen Walsh, Dallas County Public Defender's Office; and the Dallas County District Attorney's Office.

/s/ ADA BROWN
JUSTICE